%AO 240 (EDLA Rev. 8/02)

[ DUPLICATE OF ORIGINAL ]

# UNITED STATES DISTRICT COURT
## Eastern District of LOUISIANA

**Ruchell Cinque Magee**
~~Plaintiff~~ **Petitioner,**

V.

**S. Smith, Warden, et al.**

**Respondents**
~~Defendant~~

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **11-1603**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUL - 5 2011
LORETTA G. WHYTE
CLERK

**SECT. J MAG. 6**

I, **Ruchell Cinque Magee**, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant       [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration **CSATF-Corcoran**

    Are you employed at the institution?   **NO**   Do you receive any payment from the institution?   **NO**

    Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [X] No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. **N/A**

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    **1963-    N/A**

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment       [ ] Yes   [X] No
    b. Rent payments, interest or dividends                [ ] Yes   [X] No
    c. Pensions, annuities or life insurance payments      [ ] Yes   [X] No
    d. Disability or workers compensation payments         [ ] Yes   [X] No
    e. Gifts or inheritances                               [ ] Yes   [X] No
    f. Any other sources                                   [ ] Yes   [X] No

    If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

TENDERED FOR FILING
JUL 05 2011
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee _____
Process _____
X Dktd _____
__ CtRmDep _____
__ Doc. No. _____

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

**N/A**

I declare under penalty of perjury that the above information is true and correct.

JUne 30, 2011
Date

*Russell Eugene Magee*
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach a certified statement of each account.

ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge    Date | United States Judge    Date |

CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ ___0___ on account to his credit at the ___CSATF Corcoran___ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: ___0___

___6/27/2011___
Date

___[signature]___
Authorized Officer of Institution/Title of Officer