Date\Time: 7/15/2011 3:02:24 PM
Institution: SATF

**CDCR**
**Inmate Statement Report**

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| A92051 | MAGEE, RUCHELL | SATF | FCB8T1000000 | 00127L |

**Current Available Balance:** $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 01/12/2011 | SATF | BEGINNING BALANCE | | | | $113.49 |
| 01/18/2011 | SATF | SALES | 17 | | ($110.00) | $3.49 |
| 01/20/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($0.90) | $2.59 |
| 01/20/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($0.80) | $1.79 |
| 01/20/2011 | SATF | LEGAL COPY | 01/13/11 | | ($1.79) | $0.00 |
| 03/15/2011 | SATF | INMATE DEPOSIT | 18640701437 | 3888 | $250.00 | $250.00 |
| 03/15/2011 | SATF | INMATE DEPOSIT | 18271719595 | 3888 | $25.00 | $275.00 |
| 03/17/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($0.61) | $274.39 |
| 03/24/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($4.80) | $269.59 |
| 04/01/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($24.35) | $245.24 |
| 04/01/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($18.50) | $226.74 |
| 04/01/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($9.70) | $217.04 |
| 04/01/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($5.15) | $211.89 |
| 04/01/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($3.15) | $208.74 |
| 04/01/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($2.95) | $205.79 |
| 04/05/2011 | SATF | LEGAL COPY | 3-26-11 | | ($6.45) | $199.34 |
| 04/07/2011 | SATF | LEGAL MAIL | 4-4-11 | | ($5.08) | $194.26 |
| 04/07/2011 | SATF | LEGAL MAIL | 4-5-11 | | ($3.09) | $191.17 |
| 04/11/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($5.30) | $185.87 |
| 04/11/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($0.61) | $185.26 |
| 04/11/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($2.75) | $182.51 |
| 04/12/2011 | SATF | SALES | 2 | | ($24.40) | $158.11 |
| 04/13/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($3.09) | $155.02 |
| 04/13/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($2.58) | $152.44 |
| 04/14/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($0.61) | $151.83 |
| 04/14/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($0.44) | $151.39 |
| 04/18/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($18.05) | $133.34 |
| 04/18/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($5.85) | $127.49 |
| 04/18/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($9.40) | $118.09 |
| 04/19/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($4.97) | $113.12 |
| 04/19/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($16.80) | $96.32 |
| 04/19/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($17.05) | $79.27 |
| 04/19/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($3.50) | $75.77 |
| 04/26/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($4.50) | $71.27 |
| 04/26/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($2.92) | $68.35 |

TENDERED FOR FILING
MAY 2 2011
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST:
JUL 1 2 2011
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

5

Date\Time: 7/12/2011 3:02:24 PM
Institution: SATF

**CDCR**

Verified: _____

## Inmate Statement Report

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 04/26/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($0.64) | $67.71 |
| 04/27/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($1.56) | $66.15 |
| 04/27/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($0.64) | $65.51 |
| 05/03/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($3.09) | $62.42 |
| 05/03/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($2.24) | $60.18 |
| 05/03/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($2.90) | $57.28 |
| 05/03/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($4.90) | $52.38 |
| 05/03/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($14.70) | $37.68 |
| 05/03/2011 | SATF | LEGAL COPY | LEGAL MAIL | | ($7.50) | $30.18 |
| 05/10/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($5.83) | $24.35 |
| 05/11/2011 | SATF | LEGAL MAIL | LEGAL MAIL | | ($0.84) | $23.51 |
| 05/11/2011 | SATF | LEGAL COPY | LEGAL COPY | | ($23.51) | $0.00 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

### Restitution List

| Restitution | Court Case# | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|

**No information was found for the given criteria.**



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY_____
TRUST OFFICE

JUL 1 2 2011

6

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _Ø_ on account to his credit at the _C.SATF_ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____

_____

JUL 1 2 2011
Date

_M. Rose, Acct. Clerk II_
Authorized Officer of Institution/Title of Officer